1  C. YONG JEONG, ESQ. (SBN 255244)
2  PAUL J. COHEN, ESQ. (SBN 293797)
   DANIEL D. HOFFMAN, ESQ. (SBN 296794)
3  BETTY AN, ESQ. (SBN 297209)
4  JEONG & LIKENS, L.C.
   1055 West 7th Street, Suite 2280
5  Los Angeles, CA 90017
   Tel: 213-688-2001
6  Fax: 213-688-2002
7
   Attorneys for Plaintiff Acmet, Inc.
8
9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  ACMET, INC., a California Corporation; | Case No. CV14-00048-MMM-AJW |
| 13          Plaintiff, | |
| 14          vs. | **[CONFIDENTIALITY ORDER** |
| 15  THE WET SEAL, INC., a Delaware Corporation; TILLY'S, INC., a Delaware Corporation; DESIGN BY NATURE, LLC, a California Limited Liability Company d/b/a ITEX; FASHION LIFE, INC., a California Corporation d/b/a FANG CLOTHING, d/b/a FANG FASHION d/b/a FANG WHOLESALE; TONY KIM, an individual; and DOES 1 through 20, inclusive, | Honorable Margaret M. Morrow |
| 16 17 18 19 20 | |
| 21          Defendants. | |

1

ORDER RE: STIPULATION FOR CONFIDENTIALTY ORDER

**ORDER**

Pursuant to the stipulation filed by the parties, the terms and conditions of a Stipulated Confidentiality Order shall be entered.

IT IS SO ORDERED.

Dated: ___10/31/ 2014



_____
The Honorable Andrew J. Wistrich
United States Magistrate  Judge